# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| James Petersen | § | Case No. 15-17123 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 144,000.00 *(Without deducting any secured claims)* | Assets Exempt: 21,225.00 |
| Total Distributions to Claimants: 1,306.69 | Claims Discharged Without Payment: 211,600.77 |
| Total Expenses of Administration: 2,193.31 | |

3) Total gross receipts of $ 3,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 159,321.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,193.31 | 2,193.31 | 2,193.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,000.00 | 11,205.45 | 11,205.45 | 1,306.69 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,653.00 | 8,728.01 | 8,728.01 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 192,974.00 | $ 22,126.77 | $ 22,126.77 | $ 3,500.00 |

4) This case was originally filed under chapter 7 on 05/14/2015. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/08/2018            By: /s/ Joji Takada, Chapter 7 Trustee
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1989 Carver Montego Boat | 1129-000 | 3,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg P.o. Box 24696 Columbus, OH 43224 | | 100,367.00 | NA | NA | 0.00 |
| | Webster Bank 145 Bank St Waterbury, CT 06702 | | 58,954.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 159,321.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 875.00 | 875.00 | 875.00 |
| Joji Takada | 2200-000 | NA | 15.01 | 15.01 | 15.01 |
| Harbor County Marine Service Inc. | 2410-000 | NA | 1,156.00 | 1,156.00 | 1,156.00 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| American Auction Associates | 3620-000 | NA | 97.30 | 97.30 | 97.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,193.31 | $ 2,193.31 | $ 2,193.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | 11,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | NA | 11,205.45 | 11,205.45 | 1,306.69 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 11,000.00 | $ 11,205.45 | $ 11,205.45 | $ 1,306.69 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ars /Account Resolution Services 1643 Harrison Pkwy Ste 1 Sunrise, FL 33323 | | 706.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 3,414.00 | NA | NA | 0.00 |
| | Capital One Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 4,890.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot Citicorp Credit Srvs/Centralized Bankrup Po Box 790040 Saint Louis, MO 63179 | | 54.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 490.00 | NA | NA | 0.00 |
| | Express Merchant 5251 Westheimer Road Houston, TX 77056 | | 1,729.00 | NA | NA | 0.00 |
| | First Data 1307 Walt Whitman Rd Melville, NY 11747 | | 1,436.00 | NA | NA | 0.00 |
| | Harbor County Marine Service 819 W Buffalo New Buffalo, MI 49117 | | 3,200.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 100.00 | NA | NA | 0.00 |
| | Med Business Bureau Po Box 1219 Park Ridge, IL 60068 | | 1,067.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 2020 Aurora, IL 60507 | | 965.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Snap on Credit 950 Technology Way, Suite 301 Libertyville, IL 60048 | | 500.00 | NA | NA | 0.00 |
| | Vision Fin 1900 W Severs Rd La Porte, IN 46350 | | 3,602.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 1,666.22 | 1,666.22 | 0.00 |
| 3 | Bank Of America, N.A. | 7100-000 | NA | 3,414.44 | 3,414.44 | 0.00 |
| | Internal Revenue Service | 7100-000 | NA | 3,647.35 | 3,647.35 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 22,653.00 | $ 8,728.01 | $ 8,728.01 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-17123 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | James Petersen | | | | | Date Filed (f) or Converted (c): | 05/14/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 06/11/2015 |
| For Period Ending: | 06/08/2018 | | | | | Claims Bar Date: | 10/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 181 E Richton Rd, Crete Il 60417 Surrendering | 159,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Chase | 250.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Items | 300.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing. | 200.00 | 0.00 | | 0.00 | FA |
| 5. 2000 Oldsmobile Intrigue With 39,000 In Mileage | 2,025.00 | 0.00 | | 0.00 | FA |
| 6. 2005 Polaris Sportsman 700 With 3,000 In Mileage | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 1989 Carver Montego Boat | 10,000.00 | 9,550.00 | | 3,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $174,775.00   $9,550.00   $3,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Marketing boat for sale. - Joji Takada 12/22/2015

Marketing boat for sale. - Joji Takada 6/2/2016

Marketing boat for sale. - Joji Takada 9/20/2016

Sold boat; Consulting tax professional. - Joji Takada 12/7/2016

Preparing TFR. - Joji Takada 5/15/2017

TFR with UST review. - Joji Takada 12/16/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-17123 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | James Petersen | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0361 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4229 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/26/16 | 7 | American Auction Associates Inc. | Proceeds from sale<br>Sale proceeds re 1989 Montego Carver boat | 1129-000 | $3,500.00 | | $3,500.00 |
| 10/26/16 | 1001 | American Auction Associates<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004<br>Attn: Tom Mowery | Payment to trustee professional<br><br>Reimbursed expenses | 3620-000 | | $97.30 | $3,402.70 |
| 10/26/16 | 1002 | Harbor County Marine Service Inc.<br>PO Box 823<br>New Buffalo, MI 49117<br>Attn: Michelle | Trustee expense<br>Storage fee re boat | 2410-000 | | $1,156.00 | $2,246.70 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,236.70 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,226.70 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,216.70 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,206.70 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,196.70 |
| 03/23/18 | 1003 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $875.00 | $1,321.70 |
| 03/23/18 | 1004 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $15.01 | $1,306.69 |
| 03/23/18 | 1005 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101 | Final distribution per court order. | 5800-000 | | $1,306.69 | $0.00 |

|  |  | COLUMN TOTALS | $3,500.00 | $3,500.00 |
|  |  | Page Subtotals: | $3,500.00 | $3,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

|   | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,500.00 | $3,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,500.00 | $3,500.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0361 - Checking | $3,500.00 | $3,500.00 | $0.00 |
|  | $3,500.00 | $3,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$3,500.00** |
| Total Gross Receipts: | $3,500.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*